UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DANNY VARNER,**

    **Petitioner,**

v.                                        Case No. 5:24-cv-266-TKW-MAL

**WARDEN GABBY,**
**F.C.I. MARIANNA,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 23) and Petitioner's objections (Doc. 25). The Court reviewed the issues raised in the objections de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Petitioner's habeas petition should be denied on the merits for the reasons stated in the Report and Recommendation.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's second amended §2241 habeas petition (Doc. 9) is **DENIED on the merits**.

3. Petitioner's motion requesting appointment of counsel (Doc. 24) and motion for writ of mandamus (Doc. 26) are **DENIED as moot**.

4. The Clerk shall enter judgment consistent with this Order and close the case file.

**DONE AND ORDERED** this 5th day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**